UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AVIS ARTHUR LEE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:22-cv-00783 ) |
| KILOLO KIJAKAZI, | ) ) ) |
| Defendant. | ) |

# ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 14) recommending the Court grant Defendant's Motion to Dismiss (Doc. No. 11) and dismiss the action without prejudice. Several months have passed since the Magistrate Judge issued its R&R and neither party has filed an objection.

When neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Still, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

The R&R is **APPROVED AND ADOPTED**. Defendant's Motion to Dismiss (Doc. No. 11) is **GRANTED**. The action is **DISMISSED WITHOUT PREJUDICE**.

This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE